UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| KYLE POPE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:16-cv-694-PLR-HBG |
| ) | |
| CITIZENS NATIONAL BANK, ) | |
| ) | |
| Defendant. ) | |
| ) | |

# ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636(c), the Rules of this Court, and Standing Order 13-02.

Now before the Court is the Plaintiff's Motion to Amend Complaint [Doc. 20]. For grounds, the Plaintiff states that while the parties have conducted discovery in this matter, discovery is still in its beginning stages and that due to the information obtained through discovery, the Plaintiff has learned that Equifax Information Services, LLC ("Equifax") should be brought in as a party to this matter. The Plaintiff states that the Defendant does not oppose this Motion. Finally, the Plaintiff has attached the Second Amended Complaint [Doc. 20-2] as an exhibit to his Motion.

The Court finds that the Plaintiff's Motion is supported by good cause, *see* Fed. R. Civ. P. 15, and it complies with the Rules of this Court, *see* E.D. Tenn. L.R. 15.1. In addition, the Defendant does not oppose the Motion, and the Motion is timely pursuant to the Scheduling Order in this case. *See* [Doc. 13 at 5] ("At least one hundred and fifty (150) days before trial all motions to amend the pleadings and add parties must be filed."). Accordingly, the Plaintiff's Motion to Amend Complaint [**Doc. 20**] is **GRANTED**. The Plaintiff **SHALL FILE** his Second Amended

Complaint [Doc. 20-1] as his operative pleading in CM/ECF on or before **October 5, 2017.**

    **IT IS SO ORDERED**.

                      ENTER:

_____
United States Magistrate Judge